UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MELENA THOMPSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| KILOLO KIJAKAZI, | ) | |
| *Acting Commissioner of Social Security,* | ) | Case No. 5:23-CV-102-KS |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Brief [DE-20] and the Defendant's Motion to Remand [DE-24].

IT IS ORDERED, ADJUDGED AND DECREED the court reverses the decision of the Commissioner and this mater is remanded to the Commissioner for an award of benefits.

This judgment filed and entered on **November 6, 2023,** with electronic service upon:

**Charlotte Williams Hall,** *Counsel for Plaintiff*
**Brittany Gigliotti** *Counsel for Defendant*
**Cassia Parson,** *Counsel for the Defendant*
**Cathleen McNulty**, *Counsel for the Defendant*

 

                **PETER A. MOORE, JR.,**
                CLERK, U.S. DISTRICT COURT

DATE: November 6, 2023        /s/ *Shelia Foell*
                                          (By): Shelia Foell, Deputy Clerk of Court