THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00102-KS

| | |
|---|---|
| MELENA THOMPSON, | ) |
| Plaintiff, | ) |
| v. | ) ORDER FOR PAYMENT OF |
| | ) ATTORNEY FEES UNDER THE |
| MARTIN O'MALLEY[1], | ) EQUAL ACCESS TO JUSTICE ACT |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $7,150.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, and mailed to her office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to the attorney of the right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 12th day of January 2024.

_____
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE

---

[1] On December 20, 2023, Martin O'Malley became the Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is substituted as the defendant.